[No. 30977-3-I.    Division One.    January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ANTHONY BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04487-9, Susan R. Agid, J., entered June 26,

1992. *Reversed* by unpublished opinion per Grosse, J., concurred in by Webster, J., and Scholfield, J. Pro Tem.